June 11, 2012

Director Michael Colbert
Ohio Department of Job and Family Services
30 E. Broad Street, 32nd Floor
Columbus, Ohio 43215

RE:  South Central Ohio Job and Family Services

Dear Director Colbert:

The Boards of Commissioners for Hocking, Ross, and Vinton Counties are notifying the Ohio Department of Job and Family Services of their intent to form a joint county department of job and family services.

The effective start date of the joint county department of job and family services will occur in two phases. In phase one, the governing board of commissioners for the joint county department of job and family services will hire an executive director on or before November 1, 2012. In phase two, all employees will transition to the joint county department of job and family services on January 1, 2013. This will be the effective date for the new organization to operate per ORC, Section 329.40 (A) 2. Prior to January 1, 2013, the agencies will operate with a Memorandum of Understanding for shared resources (i.e., director).

On or before September 30, 2012, the following items will be submitted to ODJFS, as required by ORC, Section 329.40 for a minimum ninety (90) day notification:
1. Letter of Notification
2. Written Agreement
3. County Commissioner Resolution

We look forward to working with the Ohio Department of Job and Family Services in this new agency configuration. If you have questions regarding this letter or any of the attachments, please contact Jody Walker at 740-596-2584, ext. 1606.

Sincerely:

Sandra Ogle
Hocking County Commissioner

James Caldwell
Ross County Commissioner

Michael Bledsoe
Vinton County Commissioner

Clark Sheets
Hocking County Commissioner

R. Douglas Corcoran
Ross County Commissioner

Timothy Eberts
Vinton County Commissioner

John Walker
Hocking County Commissioner

Frank Hirsch
Ross County Commissioner

Jerry Zinn
Vinton County Commissioner

EXHIBIT A