AN AGREEMENT TO ESTABLISH A JOINT COUNTY DEPARTMENT OF JOB AND FAMILY SERVICES BY THE HOCKING, ROSS, and VINTON COUNTY COMMISSIONERS IN SOUTHERN OHIO TO BE KNOWN AS THE <u>SOUTH CENTRAL OHIO JOB and FAMILY SERVICES.</u>

WHEREAS, said Boards have determined that they share common concerns and desire to provide the best possible services to persons seeking services from a county department of job and family services, including but not limited to, income maintenance programs (food stamps, Medicaid, cash assistance), child welfare, child support enforcement, adult social services and workforce development in their respective counties; and

WHEREAS, said Boards have determined that by cooperating with one another and coordinating their powers and duties with the establishment of a Joint County Department of Job and Family Services under Section 329.40 of the Ohio Revised Code, their respective counties' residents will be benefited and better served.

NOW THEREFORE, in consideration of the mutual promises contained herein, the undersigned governing bodies agree as follows:

1. There shall be and is established a Joint County Department of Job and Family Services by and for the Board of County Commissioners of three (3) counties which shall be known as the South Central Ohio Job and Family Services. The member counties are Hocking, Ross and Vinton.

2. The purpose of the SCOJFS hereinafter referred to as Board, shall be:
   To exercise all powers granted to the Joint County Department of Job and Family Services pursuant to Chapter 329 of the Ohio Revised Code with the purpose of coordinating their powers and duties as provided by the Ohio Revised Code for county administration and operation to better serve and for the benefit of those persons who are seeking services from a county department of job and family services, including but not limited to, income maintenance programs (food stamps, Medicaid, cash assistance), child welfare, child support enforcement, and workforce development who reside within the member counties.

3. The Board shall commence operations on **September 15, 2012** and shall continue perpetually until lawfully terminated according to the provisions of this agreement or its By-Laws. It is agreed that in case of the termination, the Board will not cease to exist until all reports, debts, and accounts are finalized in accordance with law and By-Laws.

4. Membership in the Board shall be determined by those entering into this agreement or as may otherwise be provided by the Law.

5. Any member may withdraw its membership in accordance with Section 329.45 of the Ohio Revised Code.

Revised SCOJFS Agreement 8/15/12


EXHIBIT B

6. Three (3) Commissioners from each county for a total of nine (9) commissioners, from each member county will serve on the Board. Each member Board shall appoint, by resolution, a County Commissioner to act as the Board's authorized representative on the Executive Committee meetings and in all Board business.

   Each member Board shall appoint, by resolution, a County Commissioner as an alternate to act as the Board's authorized representative on the Executive Committee if the appointed Executive Board Commissioner is unavailable.

   In the event the appointed and alternate Executive Committee Commissioners from the member Board is unavailable, the remaining County Commissioner from the respective county will represent the county on the Executive Committee.

7. The Board shall exercise all the express or implied powers authorized by Chapter 329 of the Ohio Revised Code in the fulfillment of its stated purpose.

8. Attachment A provides for the required language, as outlined in 329.40(B)(1), for the establishment of the joint county department.

9. Following the first meeting of the Board, By-Laws shall be adopted within thirty (30) days thereof by a majority vote of its members. The By-Laws shall provide for the method of selection of officers, create an executive board that may act for the Board, hire Executive Director and other personnel to provide for the conduct of business. The Board may take other steps necessary to carry out the purpose of the Board and the appointment of a Fiscal Officer who shall receive, deposit, invest, and disburse the funds of the Board in the manner authorized by the Ohio Revised Code. The Board shall also provide the method by which each member shall be obligated to financially support the Board as stated in its written agreements and/or By-Laws.

10. This agreement represents the complete understanding of the parties and may not be amended except as provided by the Board's By-Laws.


Signed by the duly authorized Board of County Commissioners of the below listed counties on the corresponding dates.


Revised SCOJFS Agreement 8/15/12

Hocking County Commissioners

By: *John Walker*
Commissioner                    Date 8-23-12

By: *Clark Shut*
Commissioner                    Date 8-23-12

By: *Sandra Ogle*
Commissioner                    Date 08-23-12

Approved to Form:

*Laina Fetherolf*
Hocking County Prosecutor       Date 8/21/12

Revised SCOJFS Agreement 8/15/12

**Ross County Commissioners**

By: _James M. Caldwell_      Date 9/10/12
Commissioner

By: _[signature]_      Date _____
Commissioner

By: _[signature]_      Date 9/10/12
Commissioner

**Approved to Form:**

_[signature]_      Date 8/21/12
Ross County Prosecutor

Revised SCOJFS Agreement 8/15/12

**Vinton County Commissioners**

By: _[signature]_  Date 8-24-2012
Commissioner

By: _[signature]_  Date 8-27-2012
Commissioner

By: _[signature]_  Date 8-24-2012
Commissioner

Approved to Form:

_[signature]_  Date 8-24-2012
Vinton County Prosecutor

Revised SCOJFS Agreement 8/15/12

ATTACHMENT A

FINANCIAL MATTERS/GUIDELINES

Financial support for the SCOJFS shall be based on local, state (Ohio), and federal allocations provided to member counties for operations of county department of job and family services. Additional financial support shall be based on grants, fees for services rendered, donations/contributions, and other types of financial support. SCOJFS will follow the financial guidelines set for the in Section 329.42 of the Ohio Revised Code.

The SCOJFS will utilize any available funds necessary for startup costs associated with creating the new multi-county entity from their existing PA, PCSA, CSEA, or WIA funds.

Local Allocations
The SCOJFS will receive allocations provided at the local (county) government level to support human service related activities. Allocations are, but not limited to, mandated share as required on a per county basis, general revenue funds and specified tax levy support (i.e, Children Services Levy).

State Allocations
The SCOJFS will collect allocations provided by the State of Ohio to support human services related activities at the local (county) level.

Federal Allocations
The SCOJFS will collect allocations provided by the Federal government to support human services related activities at the state (Ohio) and local (county) level.

Grants
The SCOJFS may pursue and apply for available grants.

Fees
The SCOJFS will set and collect reasonable fees for services rendered. Terms of payment shall be determined and accepted when available.

Donations/Contributions
Individual, business, community and private agency donations/contributions will be requested and accepted when available.

Assets
All equipment and furnishings currently used by the respect County Department of Job and Family Services will become the assets maintained by the SCOJFS by January 1, 2013 (except furnishings tied to the bonding in Vinton County). The current facilities in use by the respective CDJFS's, located at: 475 Western Avenue, Chillicothe; 150 East 2nd Street, Chillicothe; 389 West Front Street, Logan; 30975 Industrial Park Road, McArthur.

The SCOJFS will operate as a single entity with a centralized administrative structure, yet have individual county sites. When the SCOJFS becomes an operating entity, the President, Executive

Revised SCOJFS Agreement 8/15/12

Director, or designee, will determine the operating budget based on financial information provided by the Ohio Department of Job and Family Services (ODJFS). The allocations will:

    a.    Be comprised of the sum of funds distributed in accordance with Ohio Administrative code (OAC) formulas as designated to the member counties by ODJFS or from other departments of the State of Ohio, plus the County mandated share as outlined in the OAC and any other local, federal or state funds that may be secured and appropriated for the provision of Social Services and Family Assistance programs within the member counties.

          Funds designated for family services and social services (IM and SS) will be maintained within the Public Assistance fund. Funds designated for Public Children Services Agency (PCSA) activities will be maintained within the Children Services fund. Funds designated for Child Support will be maintained within the Child Support fund. Funds designated for Workforce activities will be maintained within the Workforce Services fund of the Workforce Investment Act.

    b.    Each county allocation will contribute to the shared expenses to support the administrative and program costs of the SCOJFS.

    c.    Funds, (allocations), once received may be used among the member counties according to Federal and State law and in accordance with the intention of the SCOJFS Board. This does not apply to PCSA funding generated by tax levy or non-mandated share General Fund contributions which are specific to the county from which it is levied.

    d.    Un-reimbursed costs for foster care and residential services, in excess of any State or Federal funding available, remains the responsibility of the County which retains jurisdiction of the child.

Maintenance of Effort for Local General Revenue Funds: During the first three years, County members will provide at minimum, 80% of the level of General Fund contributions to the CSEA and PCSA funds that have been the average during the past three calendar years, if available per county commissioners. After three years of SCOJFS operation, County members will re-evaluate and vote upon the ongoing contributions to support these funds, based upon the actual need and availability of resources.

Mandated Share: County Mandated share is calculated according to the ORC and payable monthly to the SCOJFS by the respective County members. After mandated share cannot be calculated per county the respective county member's amounts will be based on a five year average of mandated share paid prior to the change.

Revised SCOJFS Agreement 8/15/12

## WITHDRAWAL FROM MEMBERSHIP

Any member may withdraw from the SCOJFS by following the procedures outlined in Section 329.45 of the Ohio Revised Code.

The withdrawing member shall receive a return on its tangible personal property and financial assets that can be clearly and reasonably determined to be that of such former member and loaned to the SCOJFS. Any and all other monies, grants, and property shall remain that of the SCOJFS.

## DISSOLUTION OF COUNCIL

(a) <u>Vote</u>
The SCOJFS may be dissolved by a two-thirds (2/3) vote of all SCOJFS members at any regular membership meeting. Prior to any vote on dissolution, each member shall receive at least forty-five (45) days written notice form the President that the matter of dissolution will be voted upon.

(b) <u>Dissolving Council</u>
Upon an affirmative vote to dissolve the SCOJFS, the SCOJFS shall follow Section 329.45 in finalizing the dissolution of the SCOJFS. The Executive Committee, President, or Executive Director shall direct all pending business until all SCOJFS affairs are concluded.

(c) <u>Distribution of Assets</u>
At the conclusion of all SCOJFS affairs, any unclaimed assets remaining on the SCOJFS records shall be distributed according to the following schedule and as outlined in Section 329.45 of the Ohio Revised Code:

1. All tangible personal property previously loaned or given to the SCOJFS that is clearly identified as to ownership shall be returned to the owner member.
2. All remaining tangible personal property shall be sold at public auction or by sealed bid in accordance with Ohio Revised Code section 307. 12. The cash proceeds thereof shall be proportionally divided among all members after all liabilities, if any, have been satisfied.
3. All unexpended moneys from federal, state, and local sources for services that are not provided and will not be provided by the dissolution date will be returned to the sources.
4. All remaining assets and other intangibles, including monies (local, state, federal) held by the SCOJFS, shall be proportionally divided among all members after all liabilities, if any, have been satisfied.

Revised SCOJFS Agreement 8/15/12