## RESOLUTION

WHEREAS, H.B. 225 passed the Ohio General Assembly and became effective on March 22, 2012, authorizing the boards of county commissioners of the counties of Hocking, Ross, and Vinton, by entering into a written agreement, to form a joint county department of job and family services, pursuant to Sections 329.40 through 329.46 of the Ohio Revised Code.

WHEREAS, Ohio Revised Code Section 329.40 (A) (1) authorized the Board of County Commissioners an agreement shall be ratified by resolution of the board of commissioners of each county that entered into the agreement.

NOW, THEREFORE, it is resolved that the Board of County Commissioners of Hocking County, Ohio does hereby enter into a written agreement with Ross and Vinton counties for the creation of a joint county department of job and family services, with all powers and duties, pursuant to Ohio Revised Code Section 329.

Hocking County Commissioners:

_____
John Walker, President

_____
Clark Sheets

_____
Sandra Ogle

This resolution adopted by Hocking County, Ohio, Board of Commissioners on the 23 day of Aug 2012.

_____
Peggy Warthman
Clerk

**EXHIBIT C**

RESOLUTION NO. 12-141

WHEREAS, H.B. 225 passed the Ohio General Assembly and became effective on March 22, 2012, authorizing the boards of county commissioners of the counties of Hocking, Ross, and Vinton, by entering into a written agreement, to form a joint county department of job and family services, pursuant to Sections 329.40 through 329.46 of the Ohio Revised Code.

WHEREAS, Ohio Revised Code Section 329.40 (A) (1) authorized the Board of County Commissioners an agreement shall be ratified by resolution of the board of commissioners of each county that entered into the agreement.

NOW, THEREFORE, it is resolved that the Board of County Commissioners of Ross County, Ohio does hereby enter into a written agreement with Hocking and Vinton counties for the creation of a joint county department of job and family services, with all powers and duties, pursuant to Ohio Revised Code Section 329.

Ross County Commissioners:

_____
James M. Caldwell, President

_____
R. Douglas Corcoran

_____
Frank Hirsch

This resolution adopted by Ross County, Ohio, Board of Commissioners on the 10th day of September, _____ 2012.

_____
Gail Stout
Clerk of County Commissioners
Ross County, Ohio

# RESOLUTION

WHEREAS, H.B. 225 passed the Ohio General Assembly and became effective on March 22, 2012, authorizing the boards of county commissioners of the counties of Hocking, Ross, and Vinton, by entering into a written agreement, to form a joint county department of job and family services, pursuant to Sections 329.40 through 329.46 of the Ohio Revised Code.

WHEREAS, Ohio Revised Code Section 329.40 (A) (1) authorized the Board of County Commissioners an agreement shall be ratified by resolution of the board of commissioners of each county that entered into the agreement.

NOW, THEREFORE, it is resolved that the Board of County Commissioners of Vinton County, Ohio does hereby enter into a written agreement with Hocking and Ross counties for the creation of a joint county department of job and family services, with all powers and duties, pursuant to Ohio Revised Code Section 329.

Vinton County Commissioners:

_____
Michael Bledsoe, President

_____
Timothy Eberts

_____
Jerry Zinn

This resolution adopted by Vinton County, Ohio, Board of Commissioners on the 20 day of August 2012.

_____
Angela Horn
Clerk