UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Allison Gilligan, | : | |
| Plaintiff, | : | Case No.  2:23-cv-0625 |
| vs | : | Judge Watson |
| Hocking County, Ohio, et al., | : | Magistrate Judge Vascura |
| Defendants. | | |

## ENTRY OF DEFAULT

It appears that the Defendant, William Mickey Sharpe, is in default, having failed to plead or otherwise defend in this cause as required by law; Now, therefore, in accordance with Rule 55 (a) of the Federal Rules of Civil Procedure, Default is hereby entered against this Defendant on this 5th day of June 2023.

Richard W. Nagel, Clerk
United States District Court
Southern District of Ohio

By: /s/Eduardo Rivera
Eduardo Rivera, Deputy Clerk