UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ALLISON GILLIGAN,

        Plaintiff,

v.

HOCKING COUNTY, OHIO, *et al.*,

        Defendants.

Civil Action 2:23-cv-625
Judge Michael H. Watson
Magistrate Judge Chelsey M. Vascura

## ORDER

This matter is before the Court on Plaintiff's Motion for Leave to File First Amended Complaint (ECF No. 25), which Plaintiff represents is unopposed.[1] For good cause shown, the Motion (ECF No. 25) is **GRANTED** pursuant to Federal Rule of Civil Procedure 15(a)(2). The Clerk is **DIRECTED** to file on the docket Plaintiff's First Amended Complaint, attached to the Motion as Exhibit A (ECF No. 25-1 at PAGEID #236–84).

Plaintiff's First Amended Complaint supersedes and replaces her original Complaint. (ECF No. 1.) Accordingly, the Motions for Judgment on the Pleadings, filed separately by Defendants the City of Logan and Hocking County under Federal Rule of Civil Procedure 12(c) (ECF Nos. 11, 13), are **DENIED AS MOOT.** Defendants remain free to renew their Rule 12(c) arguments in response to Plaintiff's First Amended Complaint.

---

[1] Defendant the City of Logan reserves arguments based on futility and is free to challenge the amended complaint by way of a motion to dismiss.

**IT IS SO ORDERED.**

                                              /s/ *Chelsey M. Vascura*
                                              CHELSEY M. VASCURA
                                              UNITED STATES MAGISTRATE JUDGE